**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY DAVIS, | ) CASE NO. CV 11-4612-JFW (PJW) |
| Petitioner, | ) |
| v. | ) J U D G M E N T |
| TERRY GONZALEZ, WARDEN, | ) |
| Respondent. | ) |

Pursuant to the Order Dismissing Petition Without Prejudice,

IT IS HEREBY ADJUDGED that the Petition is denied and the action is dismissed without prejudice.

DATED: 6/1/11 .

JOHN F. WALTER
UNITED STATES DISTRICT JUDGE

C:\Temp\notesE1EF34\RR Judgment.wpd